| | | | | | | |
|---|---|---|---|---|---|---|
| Lender/Client | PRIVATE | | | File No. | 29 SUMMIT AVE | |
| Property Address | 29 Summit Ave | | | | | |
| City | SPRING VALLEY | County | ROCKLAND | State NY | Zip Code | 10977 |
| Borrower/Client | AARON BROWN | | | | | |

## TABLE OF CONTENTS



URAR .............................................................................................................................................. 1
UAD Definitions Addendum ............................................................................................................. 7
UAD Additional Appraiser Definitions Addendum ........................................................................... 10
Supplemental Addendum ................................................................................................................ 11
Market Conditions Addendum to the Appraisal Report .................................................................... 13
Subject Photos ................................................................................................................................ 14
Subject Photos ................................................................................................................................ 15
Subject Photos ................................................................................................................................ 16
Photograph Addendum .................................................................................................................... 17
Interior Photos ................................................................................................................................ 18
Photograph Addendum .................................................................................................................... 19
Narrative Photo Addendum .............................................................................................................. 20
Comparable Photos 1-3 ................................................................................................................... 21
Location Map ................................................................................................................................... 22
Aerial Map ...................................................................................................................................... 23
LIC ................................................................................................................................................. 24
LIC ................................................................................................................................................. 25

Appraisal Report

# Uniform Residential Appraisal Report

File # 29 SUMMIT AVE

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | |
|---|---|---|---|---|
| Property Address 29 Summit Ave | | City SPRING VALLEY | State NY | Zip Code 10977 |
| Borrower AARON BROWN | Owner of Public Record BROWN AARON | | County ROCKLAND | |

Legal Description SECTION: 57.53 BLOCK: 1 LOT: 5

| | | |
|---|---|---|
| Assessor's Parcel # 392605-057-053-0001-005 | Tax Year 2017 | R.E. Taxes $ 14,503 |
| Neighborhood Name VILLAGE OF SPRING VALLEY | Map Reference HAG | Census Tract 0124.01 |

| | | |
|---|---|---|
| Occupant ☐ Owner ☒ Tenant ☐ Vacant | Special Assessments $ 0 | ☐ PUD  HOA $ 0  ☐ per year  ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) MARKET VALUE | | |
| Lender/Client PRIVATE | Address | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).  AS PER THE PROPERTY OWNER THE SUBJECT HAS NOT BEEN LISTED WITHIN THE LAST 12 MONTHS. A SEARCH OF HGMLS DID NOT REVEAL ANY LISTINGS FOR THE SUBJECT.

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

| | | | |
|---|---|---|---|
| Contract Price $ | Date of Contract | Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s) | |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE  AGE | One-Unit 40 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000)  (yrs) | 2-4 Unit 50 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 100 Low 1 | Multi-Family 5 % |
| Neighborhood Boundaries VIOLA RD. TO THE NORTH, ROUTE 306. TO THE WEST, OLD NYACK TURNPIKE TO THE EAST. | | 975 High 150 | Commercial 5 % |
| SOUTH, W CLARKSTOWN RD. TO THE EAST. | | 350 Pred. 40 | Other % |

Neighborhood Description    THE SUBJECT IS LOCATED IN THE VILLAGE OF SPRING VALLEY A SECTION IN ROCKLAND COUNTY. ALL NECESSARY AMENITIES AND SUPPORTING FACILITIES SUCH AS EDUCATION, MEDICAL AND RELIGIOUS CENTERS, RETAIL SHOPPING AND PUBLIC TRANSPORTATION ARE NEARBY. EMPLOYMENT CENTERS ARE LOCAL AND IN NYC. REC. AREAS CONSIST OF LOCAL PARKS NEARBY.

Market Conditions (including support for the above conclusions)    REAL ESTATE VALUES APPEAR TO BE STABILIZING DUE PRIMARILY TO A BALANCE BETWEEN SUPPLY & DEMAND, LOW MORTGAGE RATES ARE AIDING COMPETITIVELY PRICED LISTINGS WHICH ARE TYPICALLY ABSORBED IN 3-6 MONTHS.

| | | | |
|---|---|---|---|
| Dimensions 0.69 ACRES (SUBJECT TO SURVEY) | Area 30056 SF | Shape TYPICAL | View N;Res; |
| Specific Zoning Classification MR-8 | Zoning Description MEDIUM DENSITY RESIDENTIAL DISTRICT | | |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ 200 AMPS | Water | ☒ | ☐ | Street MACADAM | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley NONE | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 36087C0156G  FEMA Map Date 03/03/2014

Are the utilities and off-site improvements typical for the market area?  ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes ☒ No  If Yes, describe
NO APPARENT ADVERSE EASEMENTS, ENCROACHMENTS, ASSESSMENTS OR OTHER SUCH FACTORS WERE OBSERVED BY OR DISCLOSED TO THE APPRAISER.

| General Description | Foundation | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls MASONRY/AVG | Floors HW/VINAL/INFER |
| # of Stories 2 | ☒ Full Basement ☐ Partial Basement | Exterior Walls FRAME/AVG | Walls DRYWALL/INFER |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 884 sq.ft. | Roof Surface PITCH/SHING/INFER | Trim/Finish WOOD/INFER |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 0 % | Gutters & Downspouts ALUMINUM/INFER | Bath Floor CERAMIC TILE/INFER |
| Design (Style) COLONIAL | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type THERMAL/INFER | Bath Wainscot CERAMIC TILE/INFER |
| Year Built 1938 | Evidence of ☐ Infestation NONE | Storm Sash/Insulated YES/AVG | Car Storage ☐ None |
| Effective Age (Yrs) 30 | ☒ Dampness ☐ Settlement | Screens YES/AVG | ☒ Driveway # of Cars 2 |
| Attic ☒ None | Heating ☐ FWA ☒ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # 0 | Driveway Surface MACADAM |
| ☐ Drop Stair ☐ Stairs | ☐ Other  Fuel GAS | ☐ Fireplace(s) # 0 ☐ Fence NONE | ☒ Garage # of Cars 2 |
| ☐ Floor ☐ Scuttle | Cooling ☐ Central Air Conditioning | ☒ Patio/Deck PATIO ☐ Porch NONE | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | ☒ Individual ☐ Other | ☐ Pool NONE ☐ Other NONE | ☐ Att. ☒ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:    7 Rooms  4 Bedrooms  1.1 Bath(s)  2,316 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).    THERMAL WINDOWS, PATIO, WITH A PRIVATE DRIVEWAY.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    C5:No updates in the prior 15 years;THE SUBJECT HAVE SUBSTANTIAL DAMAGE,OR DEFERRED MAINTENANCE WITH DEFECTS THAT ARE SEVERE ENOUGH TO AFFECT THE SAFETY., INCLUDING MOLD AND WATER DAMAGE, LACK OF PAINTING & SCRAPING, BROKEN WINDOWS, THE ROOF HAS MAJOR DAMAGE & CREATES A HAZARDOUS CONDITION, SOME PLUMBING AND DRAINAGE WORK IS NEEDED AS WELL, SEE ADDENDUM & PHOTOS.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☒ Yes ☐ No  If Yes, describe
WATER DAMAGE & BROKEN WALLS & WINDOWS, ROOF NEED MAJOR REPAIRS WHERE NOTED IN SEVERAL AREAS, THIS MIGHT AFFECT STRUCTURAL INTEGRITY,  THE APPRAISER HAS NO KNOWLEDGE OF THE EXISTENCE OF LEAD PAINT OR ANY OTHER HAZARDOUS MATERIALS ON OR IN THE PROPERTY. THE APPRAISER IS NOT QUALIFIED TO DETECT SUCH SUBSTANCES. SEE ATTACHED ADDENDUM UNDER "ENVIRONMENTAL DISCLAIMER"

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes ☐ No  If No, describe

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 29 SUMMIT AVE

| There are | 15 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 225,000 | | to $ 385,000 |
|---|---|---|---|---|
| There are | 12 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 200,000 | | to $ 375,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 29 Summit Ave | 25 JOHN ST | | 53 GEROW AVE, | | 8 PARK AVE, | |
| | SPRING VALLEY, NY 10977 | SPRING VALLEY, NY 10977 | | SPRING VALLEY, NY 10977 | | AIRMONT, NY 10952 | |
| Proximity to Subject | | 0.49 miles E | | 0.69 miles SE | | 0.98 miles SW | |
| Sale Price | $ | | $ 305,000 | | $ 270,000 | | $ 310,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 125.83 sq.ft. | | $ 164.63 sq.ft. | | $ 161.12 sq.ft. | |
| Data Source(s) | | ASSESSOR OFFICE #0;DOM UNK | | HGMLS # 4706863;DOM 48 | | HGMLS # 4739501;DOM 19 | |
| Verification Source(s) | | EXTERIOR INSPECTION | | EXTERIOR INSPECTION | | EXTERIOR INSPECTION | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Short | 0 | ArmLth | |
| Concessions | | Cash;0 | | Cash;0 | | Cash;0 | 0 |
| Date of Sale/Time | | s01/18;Unk | | s08/17;c06/17 | | s10/17;c09/17 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 30056 SF | 7405 SF | +6,000 | 3920 SF | +7,000 | 23087 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;COLONIAL | DT2;COLONIAL | | DT2;COLONIAL | | DT2;SPLIT LEVEL | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 80 | 118 | 0 | 41 | | 88 | 0 |
| Condition | C5 | C5 | | C5 | | C5 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | 0 | Total Bdrms. Baths | | Total Bdrms. Baths | 0 |
| Room Count | 7 4 1.1 | 10 6 2.1 | -5,000 | 6 4 1.1 | | 5 2 1.0 | +5,000 |
| Gross Living Area | 2,316 sq.ft. | 2,424 sq.ft. | -3,000 | 1,640 sq.ft. | +17,000 | 1,924 sq.ft. | +10,000 |
| Basement & Finished | 884sf0sfin | 740sf740sfin | -10,000 | 880sf0sftwo | 0 | 700sf0sfin | 0 |
| Rooms Below Grade | | 2rr0br0.0ba0o | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | AVG./AVG | AVG./AVG | | AVG./AVG | | AVG./AVG | |
| Energy Efficient Items | THERM WIND. | THERM WIND. | | THERM WIND. | | THERM WIND. | |
| Garage/Carport | 2gd2dw | 1gd2dw | +3,000 | 2dw | +6,000 | 2dw | +6,000 |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | DECK | -5,000 |
| Pool | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -9,000 | ☒ + ☐ - | $ 30,000 | ☒ + ☐ - | $ 16,000 |
| Adjusted Sale Price | | Net Adj. 3.0 % | | Net Adj. 11.1 % | | Net Adj. 5.2 % | |
| of Comparables | | Gross Adj. 8.9 % $ | 296,000 | Gross Adj. 11.1 % $ | 300,000 | Gross Adj. 8.4 % $ | 326,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    REALQUEST

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    REALQUEST

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | PUBLIC RECORDS, | PUBLIC RECORDS, | PUBLIC RECORDS, | PUBLIC RECORDS, |
| Effective Date of Data Source(s) | 04/20/2018 | 04/20/2018 | 04/20/2018 | 04/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales    THE SUBJECT PROPERTY WAS NOT SOLD WITHIN THE PAST 36 MONTHS. COMPARABLE SALES WERE NOT SOLD IN THE PAST 12 MONTHS EXCEPT AS NOTED, AS PER ASSESSOR OFFICE & REALQUEST.

Summary of Sales Comparison Approach    THE DIRECT MARKET APPROACH IS CONSIDERED THE MOST RELIABLE INDICATOR OF VALUE. THE SALES USED REPRESENT THE BEST AVAILABLE DATA AS OF THE EFFECTIVE DATE OF THIS REPORT AND AS ADJUSTED, ARE GOOD INDICATORS OF VALUE.
SEE ATTACHED ADDENDUM FOR ADDITIONAL COMMENTS.

Indicated Value by Sales Comparison Approach $ 300,000

Indicated Value by: Sales Comparison Approach $ 300,000    Cost Approach (if developed) $ 322,380    Income Approach (if developed) $

THE APPRAISAL ASSIGNMENT WAS NOT BASED ON A REQUESTED MINIMUM VALUATION, A SPECIFIC VALUATION OR THE APPROVAL OF A LOAN. IN ESTIMATING THE VALUE OF THE SUBJECT WE HAVE RELIED ON THE MARKET DATA. MARKET RESEARCH INDICATES THAT THE COMPARABLE SALES, AS ADJUSTED, PROVIDE A RELIABLE INDICATOR OF VALUE FOR THE SUBJECT.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 300,000 , as of    04/20/2018 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # 29 SUMMIT AVE

**ADDITIONAL COMMENTS**

SEE ADDENDUM.

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

LAND VALUE WAS OBTAINED UTILIZING THE EXTRACTION METHOD OF SITE VALUATION & RECENT VACANT LAND SALES WHEN AVAILABLE.

**COST APPROACH**

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 150,000 |
| Source of cost data  Marshall & Swift | DWELLING    2,316 Sq.Ft. @ $ 135.00 | =$ | 312,660 |
| Quality rating from cost service  AVG    Effective date of cost data  CURRENT | BASEMENT    884 Sq.Ft. @ $ 25.00 | =$ | 22,100 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport    Sq.Ft. @ $ 20.00 | =$ | |
| THE AGE-LIFE METHOD OF ESTIMATING PHYSICAL DEPRECIATION WAS USED | Total Estimate of Cost-New | =$ | 334,760 |
| IN THIS APPRAISAL.THE SUBJECT HAS A REMAINING ECONOMIC LIFE OF 30 | Less    Physical    Functional    External | | |
| YEARS BASED ON AN  ECONOMIC LIFE OF 60 YEARS. THE LAND TO TOTAL | Depreciation    167,380 | =$( | 167,380) |
| VALUE RATIO OF THE SUBJECT EXCEEDS FNMA 33% GUIDELINE. THIS IS | Depreciated Cost of Improvements | =$ | 167,380 |
| COMMON THROUGHOUT THE NEIGHBORHOOD AND SHOULD HAVE NO | "As-is" Value of Site Improvements | =$ | 5,000 |
| ADVERSE AFFECT ON THE SUBJECT PROPERTY'S MARKETABILITY. | | | |
| Estimated Remaining Economic Life (HUD and VA only)    30 Years | INDICATED VALUE BY COST APPROACH | =$ | 322,380 |

**INCOME**

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

| | | |
|---|---|---|
| Estimated Monthly Market Rent $    X  Gross Rent Multiplier | = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

**PUD INFORMATION**

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes    ☐ No    Unit type(s)    ☐ Detached    ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases    Total number of units    Total number of units sold

Total number of units rented    Total number of units for sale    Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes    ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes    ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes    ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Uniform Residential Appraisal Report**                                    File # 29 SUMMIT AVE

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 29 SUMMIT AVE

21.  The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report  was  prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  YEHUDA GESTETNER | Name  JOSEF SALAMON |
| Company Name  FIRST QUALITY APPRAISALS | Company Name  FIRST QUALITY APPRAISALS |
| Company Address  46 MAIN ST # 113 | Company Address  46 MAIN ST # 113 |
|  MONSEY NY 10952 |  MONSEY NY 10952 |
| Telephone Number  (917) 682-8185 | Telephone Number  917-682-8185 |
| Email Address  HOYTREALTY@GMAIL.COM | Email Address  HOYTREALTY@GMAIL.COM |
| Date of Signature and Report  04/22/2018 | Date of Signature  04/22/2018 |
| Effective Date of Appraisal  04/20/2018 | State Certification #  45000048301 |
| State Certification # | or State License # |
| or State License #  48000047807 | State  NY |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License  10/08/2019 |
| State  NY | |
| Expiration Date of Certification or License  04/22/2019 | **SUBJECT PROPERTY** |
| | ☒ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 29 Summit Ave |  Date of Inspection |
| SPRING VALLEY, NY 10977 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  300,000 |  Date of Inspection |
| LENDER/CLIENT | |
| Name  BROWN AARON/BROWN RACHEL | **COMPARABLE SALES** |
| Company Name  PRIVATE | |
| Company Address | ☒ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address |  Date of Inspection |

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Condition Ratings and Definitions**

**C1**
The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*\*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Quality Ratings and Definitions**

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Form UADDEFINE — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Quality Ratings and Definitions (continued)**

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

### Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Form UADDEFINE — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No.    29 SUMMIT AVE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

**Other Appraiser-Defined Abbreviations (continued)**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011

**Supplemental Addendum**

File No. 29 SUMMIT AVE

| | | | | |
|---|---|---|---|---|
| Lender/Client | PRIVATE | | | |
| Property Address | 29 Summit Ave | | | |
| City | SPRING VALLEY | County ROCKLAND | State NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | |

**GENERAL COMMENTS AND EXPLANATION OF ADJUSTMENTS**

**Intended Use**

The purpose of this appraisal report is to estimate the current market value of the subject property for mortgage lending purposes. See enclosed definition of "Market Value".

**Intended User**

The intended user is this appraisal report is the Lender/Client.

**Neighborhood**

The subject is located in close proximity to all supporting amenities such as employment centers, schools, houses of worship, transportation, shopping and recreation areas. The subject is located in a viable community with adequate local linkages and market appeal.

**Subject and Conditions**

The subject is located in the Village of Spring Valley, NY and is in close proximity to all supporting amenities such as employment centers, schools, houses of worship, transportation, shopping and recreation areas. The subject is located in a viable community with adequate local linkages and market appeal. **THE SUBJECT HAVE SUBSTANTIAL DAMAGE AND DEFERRED MAINTENANCE WITH DEFECTS THAT ARE SEVERE ENOUGH TO AFFECT THE SAFETY,, INCLUDING MOLD AND WATER DAMAGE, LACK OF PAINTING & SCRAPING, THE ROOF HAS MAJOR DAMAGE & CREATES A HAZARDOUS CONDITION, SOME PLUMBING DRAINAGE WORK IS NEEDED AS WELL, THE SUBJECT IS IN NEED OF SUBSTANTIAL REPAIRS AND REHABILITATION,** The subject property and this appraisal report are therefore made "AS IS". See attached statement of limiting conditions.

**Subject GLA**

The subject GLA information was taking and verity thru the county records.

**Sales Comparison Approach**

An extensive search for comparable sales was conducted within a 1 mile radius of the subject and for a period of 6 month preceding the effective date of this appraisal report. The sales used are all within close proximity to the subject and of similar utility. Research indicates that the sales used represent the best available data and as adjusted are reliable indicators of market value. All recommended FNMA adjustment guidelines have been adhered to in preparation of this appraisal report and overall compliance is considered good.

It should be noted that the appraiser exceeded 6 month preceding the effective date of this appraisal report 20% in GLA and 10% net adjustment for comp #2, and unable to bracket the lot size as well, due to the lack of other more recent sales more suitable for comparison vs. the subject. These exceptions are considered minimal and has not unduly affected the value conclusion.

**Style Variance:**

Due to the limited turnover of similar properties in the area of the subject, it was necessary to utilize comparables somewhat different in style, in the appraisers opinion they all have similar marketability. Variation in dwelling style and design is common in this market area. It is not evident from the data that market participants assign meaningful market premiums or penalties to varying dwelling styles as long as they are functionally compatible and share a common condition

**Comparable Search Data Parameters:**

Search parameters for sales comparison are: 2 mile radius, past 12 months, 2-5 Bedrooms, 1-3 baths 1500-2700 SF.

The subject property and all of the comparables included are from the subject market and share the same overall appeal and market demand as the subject. All comparables have been given consideration and are substitutes for the subject property. The active listings used give insight and perspective in the subject's current value.

THE MOST WEIGHT GIVEN TO COMPS #1 & 2 BECAUSE OF DATE OF SALE AND PROXIMITY.

**PREDOMINANT VALUE COMMENT:**

THE FINAL VALUE ESTIMATE FOR THE SUBJECT PROPERTY DOES NOT REPRESENT THE PREDOMINANT VALUE FOR RESIDENTIAL PROPERTIES IN THIS MARKET AREA, AS SHOWN ON PAGE 1 OF THE REPORT. THE SUBJECT PROPERTY IS WITHIN THE STATED PRICE RANGE FOR HOMES IN THIS AREA; AND THE FACT THAT THE SUBJECT PROPERTY DOES NOT REPRESENT THE PREDOMINANT VALUE HAS NO ADVERSE EFFECT ON THE SUBJECT'S VALUE OR MARKETABILITY. IT REPRESENTS A MODERATE DEVIATION FROM THE PREDOMINANT VALUE.

Supplemental Addendum                                    File No. 29 SUMMIT AVE

| Lender/Client | PRIVATE | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | |
| City | SPRING VALLEY | County ROCKLAND | | State NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | | |

**ORIGINAL PHOTOS COMMENT:**
ALL COMPARABLE PHOTOS ARE ORIGINAL. HOWEVER, SOME MAY HAVE BEEN TAKEN DURING THE COURSE OF PRIOR APPRAISAL ASSIGNMENTS UNDER VARYING WEATHER CONDITIONS. APPRAISER HAS PERFORMED AN EXTERIOR INSPECTION OF ALL COMPARABLES TO ASCERTAIN VALUE- RELEVANT DIFFERENCES IN LOCATION AND IS THEREFORE FULLY COMPLIANT WITH USPAP REQUIREMENTS REGARDING THE INSPECTION OF COMPARABLES.

**Exposure Time:**
A reasonable estimate of 'Exposure Time' for a property of similar value and with similar features to the Subject would be in the range of 90-180 days.

**Cost Approach**
The estimated site value is calculated utilizing the extraction method. The land to value ratio is considered to be common and typical to this marketing area. It is common for land values to exceed the recommended 30% guideline in heavily populated areas where vacant land is scarce and generally sells at a premium. The cost approach provides additional support to the value conclusion.

**Final Reconciliation**
The sales comparison approach is considered the most reliable indicator of value for the subject with the cost and income approaches providing additional support. All of the comparables and other indicators of value as well as current market trends were considered and weighed during final reconciliation. The value conclusion is fair and reasonable, sufficiently supported by the sales data used, and is fully reflective of the subject's condition. The site value was calculated utilizing the extraction method.

**Adjustments**

**Site:** Adjusted made at $0.25 per sf

**GLA:** Adjustments made at $25 per square foot difference.

**Basement:** Adjusted at $10,000 for unfinished vs finished.

**Bathroom:** Adjusted at $5,000 for full bathroom and $2,000 for a half bathroom.

**Garage:** Adjusted at $3,000 per garage.

All adjustments made are reflective of current market buyer premiums & are typical for the subject market area.

All reported variances have been either directly observed or obtained from reliable sources. Adjustments have been rounded for comparison purposes.

**Environmental Disclaimer**
"Unless otherwise stated in this report, the existence of hazardous materials, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation, and other potentially hazardous materials may affect the value of the property. The value estimated is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for such conditions or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired."
Source: The Appraisal of Real Estate, 10th Edition, The Appraisal Institute Chicago, IL: 1992, Page 574

**Prior service disclaimer:**
I have not performed as an appraiser on the subject property within the three-year period immediately preceding acceptance of this assignment.

No employee, director, officer, or agent of the lender, or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, result, or review of this assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery, or in any other manner.

I have not been contacted by anyone other than client., the intended user (lender/client as identified on the first page of the report), borrower, or designated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally, by phone, or electronically to client

29 SUMMIT AVE

## Market Conditions Addendum to the Appraisal Report

File No. 29 SUMMIT AVE

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 29 Summit Ave | City SPRING VALLEY | State NY | ZIP Code 10977 |
|---|---|---|---|---|

Borrower   AARON BROWN

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 4 | 4 | 4 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.67 | 1.33 | 1.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | N/A | N/A | 15 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 11.3 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 290,000 | 290,000 | 300,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 49 | 52 | 47 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | N/A | N/A | 325,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 66 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98.02% | 98.06% | 97.95% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Increasing | ☒ Stable | ☐ Declining |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   ALTHOUGH SELLERS CONCESSIONS ARE USED, THEY ARE NOT COMMON & TYPICAL IN THE SUBJECT MARKET AREA AND DOES NOT AFFECT THE OVERALL MARKET.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
THERE ARE SOME REO SALES IN THE AREA, HOWEVER THIS DOES NOT NEGATIVELY AFFECT THE MARKET FOR REGULAR SALES AS REO SALES ATTRACT MOSTLY INVESTORS AND NOT END USERS WHO ARE MOSTLY LOOKING FOR REGULAR SALES THAT ARE IN AVERAGE TO GOOD CONDITION.

Cite data sources for above information.   IN PREPARING THE MARKET CONDITIONS ADDENDUM THE APPRAISER USE ALL AVAILABLE DATA SOURCES WHICH INCLUDE HGMLS AND PUBLIC RECORDS.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
THERE APPEARS TO BE ADEQUATE FINANCING IN THE SUBJECT AREA AT COMPETITIVE RATES AND TERMS. BASED ON ANALYSIS OF PREDOMINANT MARKET PATTERNS, EXPOSURE TIME FOR THE SUBJECT IS APPROXIMATELY 90-180 DAYS.

THE OVERALL MARKET APPEARS TO BE STABILIZING, THIS COULD BE DUE TO CONSUMER CONFIDENCE IN THE ECONOMY ATTRIBUTED TO LOWERING INTEREST RATES.

**If the subject is a unit in a condominium or cooperative project, complete the following:**   Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name YEHUDA GESTETNER | Supervisory Appraiser Name JOSEF SALAMON |
| Company Name  FIRST QUALITY APPRAISALS | Company Name  FIRST QUALITY APPRAISALS |
| Company Address   46 MAIN ST #113, MONSEY NY 10952 | Company Address   46 MAIN ST #113, MONSEY NY 10952 |
| State License/Certification #  48000047807   State NY | State License/Certification #  45000048301   State NY |
| Email Address   HOYTREALTY@GMAIL.COM | Email Address   HOYTREALTY@GMAIL.COM |

Freddie Mac Form 71   March 2009              Page 1 of 1              Fannie Mae Form 1004MC   March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Photo Page**

| Lender/Client | PRIVATE | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | |
| City | SPRING VALLEY | County ROCKLAND | | State NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | | |



### Subject Front

| | |
|---|---|
| 29 Summit Ave | |
| Sale Price | |
| Gross Living Area | 2,316 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 30056 SF |
| Quality | Q4 |
| Age | 80 |



### Subject Rear



### Subject Street

**Subject Photo Page**

| Lender/Client | PRIVATE | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | |
| City | SPRING VALLEY | County ROCKLAND | | State NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | | |



### Subject Address

| | |
|---|---|
| 29 Summit Ave | |
| Sales Price | |
| Gross Living Area | 2,316 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 30056 SF |
| Quality | Q4 |
| Age | 80 |



### Subject Yard



### Subject Garage

**Subject Photo Page**

| Lender/Client | PRIVATE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | | |
| City | SPRING VALLEY | County | ROCKLAND | State | NY | Zip Code | 10977 |
| Borrower/Client | AARON BROWN | | | | | |



**Subject Right Side**

| | |
|---|---|
| 29 Summit Ave | |
| Sales Price | |
| Gross Living Area | 2,316 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 30056 SF |
| Quality | Q4 |
| Age | 80 |



**Subject Left Side**

Photograph Addendum

| Lender/Client | PRIVATE | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | |
| City | SPRING VALLEY | County ROCKLAND | | State NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | | |



**Living**

Comments:



**Kitchen**

Comments:



**Bedroom**

Comments:



**Bedroom**

Comments:

Interior Photos

| Lender/Client | PRIVATE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | | |
| City | SPRING VALLEY | County | ROCKLAND | State | NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | | | |



**Full Bath**



**Half Bath**



**Inferior Roof**



**Inferior Roof**



**Peeling Paint**



**Water Damage**

Photograph Addendum

| Lender/Client | PRIVATE | | | | | |
| Property Address | 29 Summit Ave | | | | | |
| City | SPRING VALLEY | County | ROCKLAND | State | NY | Zip Code | 10977 |
| Borrower/Client | AARON BROWN | | | | | |



**Water Damage and mold**

Comments:



**Water Damage & Mold**

Comments:



**Broken Window**

Comments:



**Missing tiles in bathroom**

Comments:

Client File No. 29 SUMMIT AVE| Page #20



Water in Basement



Water Damage & Mold



Mold and Water Damage



Missing Stair Railing



Water Damage

Comparable Photo Page

| Lender/Client | PRIVATE | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | |
| City | SPRING VALLEY | County ROCKLAND | | State NY | Zip Code 10977 |
| Borrower/Client | AARON BROWN | | | | |



### Comparable 1

25 JOHN ST
| | |
|---|---|
| Prox. to Subject | 0.49 miles E |
| Sale Price | 305,000 |
| Gross Living Area | 2,424 |
| Total Rooms | 10 |
| Total Bedrooms | 6 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7405 SF |
| Quality | Q4 |
| Age | 118 |



### Comparable 2

53 GEROW AVE,
| | |
|---|---|
| Prox. to Subject | 0.69 miles SE |
| Sale Price | 270,000 |
| Gross Living Area | 1,640 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 3920 SF |
| Quality | Q4 |
| Age | 41 |



### Comparable 3

8 PARK AVE,
| | |
|---|---|
| Prox. to Subject | 0.98 miles SW |
| Sale Price | 310,000 |
| Gross Living Area | 1,924 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 23087 sf |
| Quality | Q4 |
| Age | 88 |

Location Map

| Lender/Client | PRIVATE | | | | |
|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | |
| City | SPRING VALLEY | County | ROCKLAND | State | NY | Zip Code | 10977 |
| Borrower/Client | AARON BROWN | | | | |



Aerial Map

| Lender/Client | PRIVATE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 29 Summit Ave | | | | | |
| City | SPRING VALLEY | County | ROCKLAND | State | NY | Zip Code | 10977 |
| Borrower/Client | AARON BROWN | | | | | |



UNIQUE ID NUMBER
48000047807

*State of New York*
*Department of State*
DIVISION OF LICENSING SERVICES

KNOW ALL MEN BY THESE PRESENTS THAT PURSUANT TO
THE PROVISIONS OF ARTICLE 6E OF THE EXECUTIVE
LAW AS IT RELATES TO REAL ESTATE APPRAISERS.

GESTETNER YEHUDA
C/O GESTETNER YEHUDA
1 SPRUILL CT
MONSEY, NY 10952

HAS BEEN DULY LICENSED AS A
REAL ESTATE APPRAISER ASSISTANT

FOR OFFICE USE ONLY
Control No.   99669

EFFECTIVE DATE
MO 04 | DAY 23 | YR 17

EXPIRATION DATE
MO 04 | DAY 22 | YR 19

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

ROSSANA ROSADO
SECRETARY OF STATE

DOS-1030 (Rev. 3/01)

Form SCNLGL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**UNIQUE ID NUMBER**
45000048201

*State of New York*
*Department of State*
DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY
Control No.   103338

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS,

EFFECTIVE DATE
NO. | DAY | YR.
10 | 09 | 17

SALAMON JOSEF
C/O FIRST QUALITY APPRAISALS I
223 PENN ST
BROOKLYN, NY 11211-8217

EXPIRATION DATE
NO. | DAY | YR.
10 | 08 | 19

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. RESIDENTIAL APPRAISER

ROSSANA ROSADO
SECRETARY OF STATE